1   Cynthia L. Garber (SBN No. 208922)
    ONDER LAW, LLC
2   12 Corporate Plaza Dr., Ste 275
    Newport Beach, CA
3   Tel: (949) 688-1798
    Fax: (949) 209-5884
4   Email: garber@onderlaw.com

5   *Attorneys for Defendant,*
    ONDERLAW, LLC

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  SOUTHERN DIVISION

11

| | |
|---|---|
| 12   3 SQUARE DIGITAL LLC, a Florida<br>limited liability company,<br><br>13                    Plaintiff,<br><br>14         vs.<br><br>15   ONDERLAW, LLC, a Missouri limited<br>16   liability company, and DOES 1 through 10,<br>inclusive,<br><br>17                    Defendant.<br>18 | CASE NO.<br><br>**NOTICE OF REMOVAL OF ACTION<br>UNDER 28 U.S.C. § 1441(b) BY DEFENDANT<br>ONDERLAW, LLC**<br><br>[Filed concurrently with Civil Cover Sheet, Notice<br>of Interested Parties and Notice of Appearance]<br><br>Complaint Filed: February 15, 2023 |

19

20       **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

21       **PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446,

22   Defendant OnderLaw, LLC, ("OnderLaw"), hereby removes this civil action from the

23   Superior Court of California for Orange County, where it is currently pending as Case No.

24   30-2023-01308083-CU-BC-NJC, to the United States District Court for the Central District

25   of California, Southern Division.

26       This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a) on the

27   grounds that complete diversity exists between all parties and the amount in controversy

28   exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff 3 Square Digital LLC

("3 Square") is a Florida limited liability company, formed pursuant to Florida law and registered with the Florida Department of State. Defendant OnderLaw is a Missouri limited liability company, formed pursuant to Missouri law, registered with the Missouri Secretary of State, with its principal place of business in St. Louis, Missouri.

In support of its Notice of Removal Defendant OnderLaw alleges as follows:

## **BACKGROUND**

Plaintiff filed an action in the Superior Court of the State of California in and for Orange County, entitled *3 Square Digital LLC, a Florida limited liability company, Plaintiff v. OnderLaw, LLC, a Missouri limited liability company, and DOES 1 through 10, inclusive, Defendants, Case No. 30-2023-01308083-CU-BC-NJC*. Pursuant to 28.U.S.C. § 1446(a), a copy of the Summons and Complaint is attached hereto as part of **Exhibit 1**. On February 23, 2023, Defendant OnderLaw received a copy of the Summons and Complaint, via substituted service, at 110 E Lockwood Ave., St. Louise, MO 63119. *Ibid*.

Plaintiff asserts in the state court case three causes of action: (1) Breach of Written Contract, (2) Breach of Oral Contract, and (3) Quantum Meruit. While Plaintiff's state court complaint contains allegations regarding OnderLaw's presence in and contacts with California, this action was inappropriately filed in California as this Court cannot assert personal jurisdiction over OnderLaw in this action because, among other reasons, neither Plaintiff 3 Square nor Defendant OnderLaw are citizens of California, plaintiff's causes of action do not arise from OnderLaw activity in California, Plaintiff's causes of action are not governed by California law, no interests of California are implicated by Plaintiff's causes of action, and the written contract that is the subject of the action, by its terms, is governed by Florida law. Therefore, Removal is appropriate based on complete diversity of citizenship between the parties, but this court cannot exert personal jurisdiction over OnderLaw in this action. Further, Defendant OnderLaw intends to file a motion to dismiss for lack of personal jurisdiction, or in the alternative transfer to an appropriate venue, at the earliest possible time permitted by the Federal Rules of Civil Procedure and Local Rules of this Court.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) BY DEFENDANT ONDERLAW, LLC

**GROUNDS FOR REMOVAL**

As set forth more fully below, this Court has subject matter jurisdiction under 28 U.S.C. §1332, which confers original jurisdiction of "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different States…."

**1.    The Amount-In Controversy Requirement is Satisfied.**

In each of the three counts of its Complaint, Plaintiff 3 Square claims damages of "nearly 1,400,000 [one million four hundred thousand dollars]." As such, the amount in controversy as alleged, though liability is disputed, exceeds the jurisdictional amount of $75,000.

**2.    Complete Diversity of Citizenship Exists Between Plaintiff and Defendant.**

For purposes of subject matter jurisdiction based on diversity the citizenship of a limited liability company (an "LLC") is the citizenship of its members. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("…an LLC is a citizen of every state of which its owners/members are citizens.")

Plaintiff 3 Square alleges in paragraph 5 of its Complaint that it is "duly organized as a Florida limited liability company." In paragraph 6 Plaintiff alleges, correctly, that OnderLaw is a Missouri limited liability company.

Online records of the Florida Department of State show 3 Square registered as a limited liability company with the Florida Department of State on January 11, 2021, ten days before the date of the written contract that is the subject of the state court Complaint. Florida Department of State records identify only Eamon Walsh as managing member of 3 Square Digital, LLC, with an address in Miami, Florida. Accordingly, 3 Square is a citizen, resident and domiciliary of the State of Florida.

OnderLaw is a single member LLC formed under Missouri law with its principal place of business in Missouri. OnderLaw's sole member/owner is James G. Onder who is a resident, citizen and domiciliary of the State of Missouri. Accordingly, OnderLaw is a

3

resident, citizen and domiciliary of Missouri. Thus, there is complete diversity of citizenship between plaintiff and defendant.

The state court Complaint also names Doe Defendants "1 through 10." See, **Exhibit 1**, Complaint, paragraphs 13 and 14. For purposes of removal, however, "the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(b)(1). Therefore, the inclusion of the "Doe" defendants in the state court Complaint has no effect on removability. In determining whether diversity of citizenship exists, only the named defendants are considered. *Newcombe v. Adolf Coors Co., 157 F.3d 686, 690 (9th Cir. 1998)*.

**3.    The Other Prerequisites for Removal Are Satisfied.**

This Notice of Removal is timely filed. The relevant statute provides that "each defendant shall have 30 days after receipt … of the initial pleading … to file the notice of removal." 28 U.S.C. § 1446(b)(2)(B).

Defendant OnderLaw first received the state court Complaint via service of process on February 23, 2023. Thirty days from February 23, 2023, is March 25, 2023, a Saturday. Therefore, a notice of removal filed on or before Monday, March 27, 2023, is timely. F.R.C.P. 6(a)(1)(C).

For purposes of removal and subject matter jurisdiction pursuant to 28 U.S.C. § 1332, this action is properly removed to the United States District Court for the Central District of California, Southern Division, which is "the district and division embracing the place where [the] action is pending." 28 U.S.C. § 1441(a); 28 U.S.C. § 84(c)(3) ("The Southern Division [of the Central District] comprises Orange County.")

Under 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon the removing defendant in the state court action are to be included with this Notice of Removal. Defendant OnderLaw has been served with the following process, pleadings and orders in the state court action (Case No. 30-2023-01308083-CU-BC-NJC): Summons, Notice of Hearing - Case Management Conference, Clerk's Certificate of Service By Mail, Civil Case Cover Sheet, Complaint (with attached Exhibit A), Proof of Service of Summons.

All these materials with which OnderLaw has been served are attached to this Notice of Removal as **Exhibit 1** and filed herewith.

Pursuant to 28 U.S.C. § 1446(d), a Notice to Adverse Party of Removal to Federal Court, attached hereto as **Exhibit 2**, together with this Notice of Removal, has been or immediately will be served upon counsel for 3 Square, and will be filed with the clerk of the Superior Court of Orange County.

By filing this Notice of Removal, OnderLaw does not waive its right to assert and pursue any and all objections to personal jurisdiction, sufficiency of service of process, or appropriateness of venue, and expressly reserves all rights, remedies, claims, causes of action, defenses, counterclaims and other third-party claims it may be qualified to assert against 3 Square as well as other individuals and entities.

If any question arises as to the propriety of the removal of this action, OnderLaw respectfully requests the opportunity to submit briefing and oral argument and to conduct discovery in support of its position that subject matter jurisdiction exists.

Respectfully submitted,

Dated: March 27, 2023                          ONDERLAW, LLC

By:     /s/ Cynthia Garber
         Cynthia Garber, #
         12 Corporate Plaza Dr., Ste 275
         Newport Beach, CA
         Tel: (949) 688-1798
         Fax: (949) 209-5884
         garber@onderlaw.com

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) BY DEFENDANT ONDERLAW, LLC

Electronically Filed by Superior Court of California, County of Orange, 02/15/2023 04:53:00 PM.
30-2023-01308083-CU-BC-NJC - ROA # 4 - DAVID H. YAMASAKI, Clerk of the Court By K. Trent, Deputy Clerk.

# SUMMONS

## (CITACION JUDICIAL)

**SUM-100**

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ONDERLAW, LLC, a Missouri limited
liability company, and DOES 1 through 10,
inclusive,



2/23/23

Served

**YOU ARE BEING SUED BY PLAINTIFF:**

*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
3 SQUARE DIGITAL LLC, a Florida limited
liability company,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp),* your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site*(www.lawhelpcalifornia.org),* the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp),* or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California(www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California,(www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER *(Número del Caso):* | 30-2023-01308083-CU-BC-NJC |
|---|---|---|
| | | Judge Donald F. Gaffney |

Orange County Superior Court
North Justice Center
1275 North Berkeley Avenue
Fullerton, CA 92832

Superior Court of California
~~XXXXXXXXXXXXXXXXXXXXXX~~
~~XXXXXXXXXXXXXXXXXXXX~~

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Patrick M. Maloney, Esq., CSBN 197844 | Brittany B. Genthert, Esq., CSBN 346812
THE MALONEY FIRM, APC, 2381 Rosecrans Avenue, Suite 405, El Segundo, California 90245
T: (310) 540-1505|F: (310) 540-1507|E: pmaloney@maloneyfirm.com| E: bgenthert@maloneyfirm.com

| DATE: 02/15/2023 DAVID H. YAMASAKI, Clerk of the Court *(Fecha)* | Clerk, by *(Secretario)* | , Deputy *(Adjunto)* |
|---|---|---|
| | | K. Trent |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served



1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* Onderlaw, LLC, a Missouri Limited Liability Company
   under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☑ other *(specify):* a Limited Liability Company

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**CEB** Essential
ceb.com | Forms

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

3 SQUARE DIGITIAL, LLC

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 1275 N. Berkeley Ave<br>MAILING ADDRESS: 1275 N. Berkeley Ave<br>CITY AND ZIP CODE: Fullerton 92838<br>BRANCH NAME: North Justice Center | FOR COURT USE ONLY<br>**FILED**<br>*SUPERIOR COURT OF CALIFORNIA*<br>*COUNTY OF ORANGE* |
|---|---|
| PLANTIFF: 3 Square Digital LLC | **Feb 21, 2023**<br>Clerk of the Superior Court<br>By: K. TRENT, Deputy |
| DEFENDANT: OnderLaw, LLC | |
| Short Title: 3 SQUARE DIGITAL LLC VS. ONDERLAW, LLC | |

| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2023-01308083-CU-BC-NJC |
|---|---|

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>07/25/2023</u> at <u>09:00:00 AM</u> in Department <u>N16</u> of this court, located at <u>North Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

<u>**IMPORTANT:**</u> Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https: //www.occourts.org media-relations civil.html
Probate/Mental Health - https: www.occourts.org media-relations probate-mental-health.html
Appellate Division - https: www.occourts.org media-relations appeals-records.html

<u>**IMPORTANTE:**</u> Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https: www.occourts.org media-relations civil.html
Casos de Probate y Salud Mental - https: www.occourts.org media-relations probate-mental-health.html
División de apelaciones - https: www.occourts.org media-relations appeals-records.html

<u>**QUAN TRỌNG:**</u> Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https: www.occourts.org media-relations civil.html
Thủ Tục Di Chúc Sức Khỏe Tinh Thần - https: www.occourts.org media-relations probate-mental-health.html
Ban phúc thẩm - https: www.occourts.org media-relations appeals-records.html

Clerk of the Court, By: _____, Deputy

**NOTICE OF HEARING**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

North Justice Center
1275 N. Berkeley Ave
Fullerton  92838

**SHORT TITLE:** 3 SQUARE DIGITAL LLC VS. ONDERLAW, LLC

| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER:<br>30-2023-01308083-CU-BC-NJC |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Fullerton , California, on 02/21/2023. Following standard court practice the mailing will occur at Sacramento, California on 02/22/2023.

Clerk of the Court, by: _____ , Deputy

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE # 405
EL SEGUNDO, CA 90245

---

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

Page: 2

Code of Civil Procedure . § CCP1013(a)

Electronically Filed by Superior Court of California, County of Orange, 02/15/2023 04:53:00 PM.
30-2023-01308083-CU-BC-NJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By K. Trent, Deputy Clerk.

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Patrick M. Maloney, CSBN 197844 \| Brittany B. Genthert, CSBN 346812 THE MALONEY FIRM, APC 2381 Rosecrans Avenue, Suite 405 El Segundo, CA 90245 TELEPHONE NO.: (310) 540-1505   FAX NO. (Optional): (310) 540-1507 E-MAIL ADDRESS: E: pmaloney@maloneyfirm.com \| E: bgenthert@maloneyfirm.com ATTORNEY FOR (Name): Plaintiff, 3 SQUARE DIGITAL, LLC | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **ORANGE**
STREET ADDRESS: Orange County Superior Court
MAILING ADDRESS: North Justice Center
CITY AND ZIP CODE: 1275 North Berkeley Avenue
BRANCH NAME: Fullerton, CA 92832

CASE NAME: 3 SQUARE DIGITAL, LLC v.
ONDERLAW, LLC, et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 30-2023-01308083-CU-BC-NJC |
|---|---|---|
| [X] Unlimited   [ ] Limited (Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: Judge Donald F. Gaffney DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [X] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [ ] is   [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action (specify): Three
5. This case [ ] is   [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 02/15/2023

Patrick M. Maloney, Esq.
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. September 1, 2021]

CEB | Essential
ceb.com | EForms

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

3 SQUARE DIGITIAL, LLC

CM-010

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the  primary  cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)—Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist subject to
    arbitration, check this item
    instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or
    toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract  *(not unlawful detainer
        or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff  *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
      domain, landlord/tenant, or
      foreclosure)*

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment *(non-
      domestic relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only*(non-
      harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case  *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief from Late
      Claim
    Other Civil Petition

CEB | Essential
ceb.com | Forms

**CIVIL CASE COVER SHEET**

3 SQUARE DIGITIAL, LLC

Electronically Filed by Superior Court of California, County of Orange, 02/15/2023 04:53:00 PM.
30-2023-01308083-CU-BC-NJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By K. Trent, Deputy Clerk.

Patrick M. Maloney, Esq., CSBN 197844
Brittany B. Genthert, Esq., CSBN 346812
**THE MALONEY FIRM, APC**
2381 Rosecrans Avenue, Suite 405
El Segundo, California 90245
T: (310) 540-1505 | F: (310) 540-1507
E: pmaloney@maloneyfirm.com
E: bgenthert@maloneyfirm.com

Attorneys for Plaintiff
3 Square Digital LLC, a Florida limited liability
company

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ORANGE

| | |
|---|---|
| 3 SQUARE DIGITAL LLC, a Florida limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ONDERLAW, LLC, a Missouri limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 30-2023-01308083-CU-BC-NJC<br>Assigned to Department **Assigned for All Purposes**<br>Action Filed **Judge Donald F. Gaffney**<br><br>**COMPLAINT FOR DAMAGES FOR:**<br><br>1) **BREACH OF WRITTEN CONTRACT**<br>2) **BREACH OF ORAL CONTRACT**<br>3) **QUANTUM MERUIT** |

For its Complaint, Plaintiff 3 SQUARE DIGITAL, LLC ("3 Square") alleges as follows:

## INTRODUCTION

1.     3 Square and Defendant ONDERLAW, LLC ("OnderLaw") entered into a written Master Services Agreement ("MSA") whereby 3 Square agreed to provide, and did provide, to OnderLaw a range of valuable technical services and deliverables, including consultation and advice regarding branding, market analysis, messaging analysis, website development, marketing campaign development, and database development.  A copy of the MSA is attached hereto as Exhibit A and incorporated herein by this reference.

2.      3 Square performed as promised under the MSA by, among other things, developing and providing to OnderLaw the services and deliverables identified in the MSA and Statement of Work ("SOW") attached thereto and by providing to OnderLaw additional services and deliverables beyond those identified in the SOW, as specifically requested by OnderLaw.

3.      Despite receiving and accepting the services and deliverables and despite having failed to raise timely any supposed defects or deficiencies in the services and deliverables, OnderLaw has failed and refused to pay 3 Square in full, as promised.

4.      At present, the outstanding receivable due from OnderLaw to 3 Square is nearly $1,400,000.

## PARTIES, JURISDICTION, & VENUE

5.      3 Square is duly organized as a Florida limited liability company. 3 Square does not transact intrastate business within the State of California, and it is not otherwise required to qualify to do business within the State of California.

6.      OnderLaw is a Missouri limited liability company, operating as a law firm.

7.      OnderLaw maintains a physical office in Newport Beach, California, located at 12 Corporate Plaza Drive, Suite 275, Newport Beach, California, 92660. 3 Square is informed and believes and based thereon alleges that OnderLaw's Newport Beach office is OnderLaw's principal place of business within the State of California.

8.      3 Square employees met with representatives of OnderLaw, including James Onder, at OnderLaw's office in Newport Beach, California for purpose of providing services under the MSA.

9.      OnderLaw has represented clients in numerous lawsuits pending within the State of California, in both state and federal courts, having filed lawsuits in the Superior Court for the State of California, County of Los Angeles, and other state courts located throughout the State of California. OnderLaw has also represented parties in litigation pending in at least the United States District Courts for the Central, Northern, and Central Districts of California.

10.     According to the internet website maintained by OnderLaw at the internet web address onderlaw.com, OnderLaw purports to have locations in the following cities located within the State of California: Anaheim, Bakersfield, Fresno, Los Angeles, Long Beach, Sacramento, San Diego, San

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

1   Francisco, San Jose, Newport Beach, and Oakland.

2       11.     According to the website maintained by OnderLaw at the internet web address

3   onderlaw.com, OnderLaw has handled mass tort cases filed in all fifty states in the United States.

4   Further, on its internet website, OnderLaw states it has represented clients in Fresno, California and

5   Los Angeles, California.

6       12.     Though OnderLaw regularly transacts business within the State of California and

7   maintains a physical place of business in the State of California, 3 Square is informed and believes

8   and based that OnderLaw has not qualified to do business within the State of California.

9       13.     3 Square is not presently aware of the identity of Defendants identified herein as DOES

10  1 through 10.  Their true names and capacities are unknown to 3 Square.  When their true names and

11  capacities are ascertained, 3 Square will seek leave to amend this Complaint to insert their true names

12  and capacities.  3 Square is informed and believes and thereon alleges that each of the fictitiously

13  named Defendants is responsible in some manner for the occurrences alleged in this complaint, and

14  that 3 Squares' damages as alleged were proximately caused by such Defendants.

15      14.     3 Square is informed and believes and thereon alleges that all Defendants, including

16  DOES 1 through 10, were the agents and alter egos of each other and in doing the things alleged in

17  this Complaint, were acting within the course and scope of such agency and with the permission and

18  consent of the other Defendants. Each reference in this Complaint to Defendants, any Defendant and/or

19  specifically named Defendant includes a reference to all Defendants sued by their fictitious names.

20

21              **ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

22                    *OnderLaw Is a Personal Injury Firm,*

23               *Working Toward Developing a Nationwide Practice*

24      15.     OnderLaw is a law firm focused on representing plaintiffs in personal injury litigation.

25  A substantial portion of OnderLaw's practice has been the representation of clients in mass tort

26  litigation, including cases alleging that Johnson & Johnson's talc products cause cancer, cases

27  involving Monsanto's Roundup product, and other similar matters.

28  ///

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

16.     Mass tort matters typically involve many individual plaintiffs who have suffered the same or similar injuries by the same injury producing event or product. Mass tort matters differ from class actions in that each plaintiff in a mass tort suit brings his or her claim individually, rather than as part of a class of individuals whose interests are ostensibly represented by a single individual or a small group of individuals. Notwithstanding, because numerous plaintiffs have presented similar claims, these suits are oftentimes consolidated and jointly managed in both the state and federal court systems. Within the federal courts, this is typically referred to as Multi-District Litigation ("MDL"). In the California State Courts, these proceedings are called Judicial Council Coordinated Proceedings ("JCCP"). OnderLaw has participated in MDL and JCCP proceedings venued in the State of California.

17.     OnderLaw has also been active in representing clients in class actions and single event cases. Unlike a mass action or a class action, a single event case typically involves a smaller number of plaintiffs, oftentimes just one plaintiff, and a discrete event such as automobile accident.

18.     In or around 2020, OnderLaw sought to expand both its service offerings and geographic footprint. Specifically, OnderLaw wanted to become a larger firm, advertising across the United States for purposes of representing clients across the country. Additionally, at this time, in addition to its practice, OnderLaw sought to attract more single event matters.

*3 Square and OnderLaw Enter Into the MSA*

*and 3 Square Provides Services Thereunder*

19.     On or about January 21, 2021, after the exchange of information, due diligence, and conversations concerning the ability of 3 Square to provide certain services to OnderLaw, 3 Square and OnderLaw entered into a written agreement, the MSA, a copy of which is attached hereto as Exhibit A and incorporated herein by this reference.

20.     Reduced to its simplest, the MSA and attached SOW provided a framework by which 3 Square would assist OnderLaw to achieve its business objectives, from the perspective of both marketing to and recruitment of prospective clients and the management of existing cases and new matters.

21.    Under the MSA, 3 Square was to generate "tangible, physical deliverables," referred to both in the MSA and herein as "Deliverables."  3 Square was also to provide professional services to OnderLaw.  In both the MSA and herein, the professional services and Deliverables are referred to, collectively, as "Services."

22.    Within Paragraph 3.0 of the MSA, OnderLaw and 3 Square agreed to a process for addressing and resolving any concerns OnderLaw expressed regarding the Deliverables.  Pursuant to Paragraph 3.1, OnderLaw was to notify 3 Square within 15 days if it believed that any of the Deliverables did not meet the requirements of the SOW.  Pursuant to Paragraph 3.2 of the MSA, if OnderLaw did not notify 3 Square of its rejection of a Deliverable within the stated 15-day period, then OnderLaw was deemed to have accepted that Deliverable.

23.    If OnderLaw notified 3 Square under Paragraph 3.1 that a Deliverable was deficient, then 3 Square was provided with 10 days to correct the Deliverable so that it complied with the SOW. This process was to repeat until 3 Square corrected the deficiencies in the Deliverable.  If 3 Square was unable to correct a deficiency within 30 days, then OnderLaw was authorized to request in writing that 3 Square refund any unearned fees relating to that Deliverable.

24.    Paragraph 4.0 of the MSA governed the circumstances where, after accepting a Deliverable, OnderLaw later discovered a "Defect" in that Deliverable.  As used in Paragraph 4.1, the term "Defect" is defined as "(a) a material error or material defect in design or function of a Deliverable, or (b) a failure of such Deliverable to conform substantially with written specifications set forth in, or developed and documented during the performance of, the SOW . . ."  In the event OnderLaw discovered a Defect, then 3 Square's obligation, and OnderLaw's sole remedy, was that 3 Square would either (a) if Services were ongoing, correct the Defect in the ordinary course, or (b) if the Services had been completed, then 3 Square was to use commercially reasonable efforts to correct the Defect at no additional cost to OnderLaw.

25.    Collectively, Paragraphs 3.0 and 4.0 provide the framework for ensuring that the Services met with the requirements contained in the SOW.  Neither Paragraph provides that OnderLaw is excused from paying for accepted Deliverables.  Rather, under Paragraph 3.2, OnderLaw is only relieved of its obligation to pay unearned fees where 3 Square has been timely alerted to and unable

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

1  to correct a deficiency before OnderLaw's acceptance of a Deliverable, either because of an express

2  acceptance (MSA ¶ 3.1) or an acceptance resulting from silence (MSA ¶ 3.2.).

### 3 Square Performed Under The MSA

26.   From on or about January 21, 2021, through and into June 2022, 3 Square performed the Services identified in the SOW, generating the required Deliverables.  Furthermore, 3 Square performed additional Services, resulting in additional Deliverables. specifically requested by OnderLaw.

27.   In furtherance of providing the Services, 3 Square conducted an extensive analysis of OnderLaw, its preferred clients, and its competitors.  Using its research and analysis as a guide, 3 Square generated branding and messaging concepts designed to appeal to OnderLaw's desired clientele and to set OnderLaw apart from competitors.  3 Square then generated marketing materials for OnderLaw, including a robust internet website, advertising copy, billboard signage, bus signage, and other Deliverables.

28.   In connection with providing Services, 3 Square and its representatives regularly met with OnderLaw and its representatives to discuss the Services, the Deliverables, and OnderLaw's reaction to and satisfaction with the Deliverables.

29.   OnderLaw was consistently happy with and praised both the Services and Deliverables.

30.   On the rare occasion when OnderLaw raised issues with the Deliverables or Services, 3 Square timely and fully corrected the identified deficiencies.

31.   3 Square regularly and timely issued invoices to OnderLaw reflecting the charges associated with the Services and Deliverables identified in the SOW and the additional Services and Deliverables requested by and provided to OnderLaw.

32.   OnderLaw paid each of the invoices issued by 3 Square for Services and Deliverables provided through November 2021, without protest.

/ / /

/ / /

/ / /

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

*OnderLaw Has Failed to Pay 3 Square for*

*Services and Deliverables It Accepted*

33.    OnderLaw did not pay the invoices for Services and Deliverables provided in December 2022 and thereafter.

34.    During the period that OnderLaw had stopped paying 3 Square's invoices, 3 Square continued to perform under the MSA, including but not limited to doing the following:

    a.    Participating in frequent meetings and communications with OnderLaw personnel, including James Onder;

    b.    Generating numerous Deliverables, including but not limited to:

        i.   Generation and presentation to OnderLaw of a 360 degree marketing plan

        ii.  Paid search

        iii. Paid social media

        iv. Copy for campaigns

        v.  Paycom set up and branding

        vi. Public relations campaigns, narratives, and shareable assets

        vii. TV and radio scripts

        viii. Intake case pamphlet

        ix. Photo and video shoots

        x.  Search engine optimization

    c.    In July 2022, 3 Square provided James Onder a link to "FAQ videos," and James Onder responded: "they look great."

    d.    3 Square represented to OnderLaw that the website was fully functional; and provided OnderLaw with the admin login credentials; and ensured that OnderLaw had full access to operate the website.

    e.    3 Square ensured that OnderLaw had received the credentials necessary to utilize the back-end database that 3 Square and its subcontractors had developed.

///

35. During the period that OnderLaw had stopped paying 3 Square's invoices, OnderLaw continued to insist upon additional services and promised to pay for those services. Some examples of this are as follows:

    a. In May 2022, James Onder requested 3 Squares' assistance regarding acquiring vanity web addresses and telephone numbers.

    b. In June and July 2022, James Onder requested that 3 Square prepare a marketing campaign focused on the Camp LeJune tort litigation, regarding which James Onder proposed a monthly budget of $250,000.

36. In late 2022, due to OnderLaw's failure of an extended period to pay 3 Square's invoice, 3 Square stopped performing Services under the MSA.

37. Though OnderLaw did not pay 3 Square for the Deliverables provided on and after December 1, 2022, OnderLaw did not timely identify any deficiencies affecting those Deliverables, as required by Paragraph 3.1 of the MSA, and thus has accepted those Deliverables.

38. On or about December 11, 2022, in response to being pressed for payment of the outstanding balances due, OnderLaw claimed to be dissatisfied with 3 Square's Services and Deliverables and challenged 3 Square's billings.

39. To the extent that OnderLaw believed that any of the Deliverables it had previously accepted contained a "Defect", as defined in Paragraph 4.0 of the MSA, then the only remedy available to OnderLaw under the MSA was that 3 Square would "use commercially reasonable efforts to correct such Defect at no additional cost."

40. Though OnderLaw raised supposed Defects in the accepted Deliverables in December 2022, OnderLaw did not provide 3 Square with an opportunity to correct those Defects. Instead, OnderLaw asserted that due to the supposed Defects, it was not obligated to pay any of the outstanding sums due to 3 Square.

41. 3 Square is informed and believes and based thereon alleges that OnderLaw has used and continues to use certain of the Deliverables, notwithstanding OnderLaw's untimely effort to reject the Deliverables.

///

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

# FIRST CAUSE OF ACTION

## BREACH OF WRITTEN CONTRACT

### By 3 Square Against OnderLaw and DOES 1-10

42.     3 Square incorporates each of the prior paragraphs of this Complaint by reference as if set forth fully herein.

43.     3 Square and OnderLaw entered a binding, written agreement, embodied in the MSA and SOW attached thereto, incorporated as Exhibit A, hereto.

44.     3 Square did all, or substantially all, of the things it was required to do under the MSA.

45.     3 Square satisfied all the conditions of the MSA that it needed to satisfy to receive compensation promised to it by OnderLaw under the MSA, except for those things that 3 Square was excused from doing as a result of OnderLaw's conduct.

46.     3 Square breached the MSA by failing and refusing to pay the fees due to 3 Square for the Services and Deliverables identified in the MSA and the additional Services and Deliverables that OnderLaw had specifically requested and accepted.

47.     As a direct and proximate result of OnderLaw's breach of the MSA, 3 Square has suffered damages in an amount to be proven at trial of nearly $1,400,000.

# SECOND CAUSE OF ACTION

## BREACH OF ORAL CONTRACT

### By 3 Square Against OnderLaw and DOES 1-10

48.     3 Square incorporates each of the prior paragraphs of this Complaint by reference as if set forth fully herein.

49.     To the extent that any of the Services and Deliverables that 3 Square provided to OnderLaw are not within the scope of Services and Deliverables contemplated by the MSA, then 3 Square and OnderLaw entered an oral contract by which OnderLaw requested and agreed to pay for the additional Services and Deliverables.

50.     3 Square did all, or substantially all, of the things it was required to do under the parties' oral contract.

51.     3 Square satisfied all the conditions of the oral contract that it needed to satisfy in order to receive compensation promised to it by OnderLaw under the parties' oral contract, except for those things that 3 Square was excused from doing as a result of OnderLaw's conduct.

52.     3 Square breached the parties' oral contract by failing and refusing to pay to the fees due to 3 Square for the Services and Deliverables provided under the oral contract.

53.     As a direct and proximate result of OnderLaw's breach of the oral contract, 3 Square has suffered damages in an amount to be proven at trial of nearly $1,400,000.

## THIRD CAUSE OF ACTION

### BREACH OF ORAL CONTRACT

#### By 3 Square Against OnderLaw and DOES 1-10

54.     3 Square incorporates each of the prior paragraphs of this Complaint by reference as if set forth fully herein.

55.     OnderLaw requested, by words or conduct, that 3 Square provide valuable goods and services for the benefit of OnderLaw.

56.     3 Square provided valuable Services and Deliverables to OnderLaw as requested.

57.     OnderLaw has not paid 3 Square for the Services and Deliverables.

58.     The reasonable value of the Services and Deliverables that 3 Square provided to OnderLaw is nearly $1,400,000.

59.     As a direct and proximate result of OnderLaw's failure to pay 3 Square for the Services and Deliverables, 3 Square has suffered damages in an amount to be proven at trial of nearly $1,400,000.

/ / /
/ / /
/ / /
/ / /
/ / /

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

**PRAYER**

WHEREFORE, 3 Square Digital prays for damages as follows:

1.    For compensatory damages, according to proof, in an amount of at least $ 1,400,000;

2.    For prejudgment interest according to proof;

3.    For attorneys' fees according to proof;

4.    For costs of suit;

5.    For such other and further relief, the Court determines is just and appropriate under the circumstances; and

6.    For trial by jury.

Date: February 15, 2023

                                                   THE MALONEY FIRM, APC

                                                   By: _____
                                                       Patrick M. Maloney, Esq.
                                                       Attorneys for Plaintiffs
                                                       3 SQUARE DIGITAL LLC

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

00205572

11

**COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

00205572

# EXHIBIT A

DocuSign Envelope ID: 8385E6DF-FF2A-48E8-8B6A-A4223F397A33

## MASTER SERVICES AGREEMENT

THIS MASTER SERVICES AGREEMENT ("Agreement") is between 3 Square Digital LLC, a Florida limited liability company ("Company") and the client named on the signature page hereto ("Client") (together, the "Parties"). This Agreement shall be effective as of the date shown on the signature page hereto (the "Effective Date"). In consideration of the mutual covenants set forth below, the Parties agree as follows:

**1.0    SERVICES.** Company will provide to Client the tangible, physical deliverables ("Deliverables") and professional services (together with the Deliverables, referred to collectively herein as the "Services" identified in the written Statement of Work signed by both Parties and attached to this Agreement as **Exhibit A** (the "SOW"). The SOW may be amended from time to time by written agreement of the Parties. To the extent that any Services involve media buying or planning on Company's account on Client's behalf (the "Media Services"), those Media Services shall be governed by the terms set forth in **Exhibit B** in addition to those set forth in this Agreement.

**2.0    TYPES OF DELIVERABLES; CLIENT MATERIALS**

    **2.1    Work Product.** "Work Product" is any and all inventions, discoveries, computer programs, data, technology, designs, innovations and improvements (whether or not patentable and whether or not copyrightable) (collectively, "Inventions") which are made, conceived, created, reduced to practice, created, written, designed or developed by Company for Client pursuant to this Agreement. Client shall be the owner of all Work Product. Client shall have the sole right to obtain and to hold in its own name copyright, patent, trademark, Trade Secret (as defined in Section 11.1), and any other registrations, or other such protection as may be appropriate to any Work Product, and any extensions and renewals thereof. All Work Product shall, to the extent possible, be deemed "works made for hire" within the meaning of the Copyright Act of 1976, as amended (the "Act"). To the extent that any Work Product is found as a matter of law not to be a "work made for hire" under the Act, Company hereby assigns to Client all of Company's right, title, and interest, including the copyright, in and to all such Work Product, and all copies of them, without further consideration. For purposes of assignment of Company's copyright or patent or trademark in such Work Product, Company agrees to execute any documents reasonably necessary to perfect Client's intellectual property rights in and to the Work Product, and hereby appoints Client as its attorney-in-fact for the purpose of executing any and all documents relating to such assignment. To the extent any of the rights, title, and interest in and to Work Product cannot be assigned by Company to Client, Company hereby grants to Client an exclusive, fully-paid, royalty-free, perpetual, transferable, irrevocable, worldwide license to use such non-assignable rights, title and interest. Company hereby expressly disclaims any interest in any and all Work Product. Accordingly, Client shall have the unlimited right, in its sole discretion, to adapt, reproduce, add to, delete from, edit, modify, duplicate, distribute, license, perform, display and otherwise use and exploit the Work Product, including creating derivative works, in any manner or media. Notwithstanding the preceding provisions of this Section 2.1, Work Product does not include Preexisting Materials (as defined in Section 2.2) or Client Materials (as defined in Section 2.3).

    **2.2    Preexisting Materials.** The Deliverables may contain or be created with portions of Company's pre-existing Inventions, including, without limitation, procedures, processes, systems, methods, guidelines, best practices, metrics, key performance indicators, know-how, materials, or other intellectual property, regardless of medium and whether or not formalized or reduced to writing, existing or in development as of the Effective Date, as the same may be updated or modified (or created after the Effective Date outside of the scope of the Services) ("Preexisting Materials"). Company will continue to own any Preexisting Materials, and the same shall not be considered part of the Work Product for any purpose under this Agreement. However, Company hereby grants to Client a non-exclusive, fully-paid,

1

DocuSign Envelope ID: 8385E6DF-FF2A-48E8-8B6A-A4223F397A33

royalty-free, perpetual, transferable, irrevocable, worldwide license to duplicate, distribute, license, and use any Preexisting Materials incorporated into the Deliverables, but only together with or in connection with Client's use of the Work Product, and not for sale, resale, leasing, sublicensing, distribution or disclosure to third parties other than as incorporated into the Deliverables.

    **2.3**   <u>Client Materials</u>. Title to all content, materials, data, information, documentation, and other technology developed or created by Client, furnished or made accessible (whether in oral or written form) by Client to Company, and all logos, trademarks, copyrights, patents and Trade Secrets associated with the foregoing (collectively, the "Client Materials") shall remain with Client. Client hereby grants a limited, revocable, non-sublicensable, non-transferable license to Company to use the Client Materials solely as necessary or reasonably desirable to provide the Services hereunder for the benefit of Client. Company shall not disclose, distribute, or otherwise disseminate the Client Materials to any third party, except as specifically contemplated by this Agreement or the SOW. Company shall not use the Client Materials for any purpose except to fulfill its obligations under this Agreement. Upon the earlier of Client's request or the termination of this Agreement, Company shall, upon Client's written request, promptly return all Client Materials to Client or destroy all Client Materials in its possession, or delete all such copies, and in either event provide a written certification confirming the same.

**3.0**   <u>ACCEPTANCE</u>

    **3.1**   <u>Notification and Testing</u>. Upon completion of any Deliverable specified in the SOW, Company shall notify Client. Client shall promptly evaluate such Deliverable to verify that such Deliverable meets the requirements specified in the SOW. Within 15 days after Company delivers to Client a completed Deliverable, Client shall notify Company of Client's: (i) acceptance of such Deliverable; or (ii) rejection of such Deliverable and reasons therefor in accordance with Section 3.2, with such rejection being permissible only if Client reasonably determines that the Deliverable does not meet such requirements in one or more material respects.

    **3.2**   <u>Correction of Deficiencies</u>. If Client rejects a Deliverable, Client shall specify the alleged deficiencies in writing and in sufficient detail to enable Company to reproduce, identify and correct such deficiencies. Unless otherwise agreed by the Parties in the SOW, Company shall make commercially reasonable efforts to correct any such deficiencies within 10 days of such notice, and shall then resubmit an updated version of such Deliverable to Client. Client shall re-evaluate such Deliverable to determine whether it then meets the requirements specified in the SOW. If an applicable deficiency has not been corrected, the Parties shall repeat the process specified in this section until Client is able to accept the Deliverable as provided herein. If Company cannot satisfactorily correct such deficiency within 30 days, Company shall, at Client's written request, refund any unearned amounts prepaid by Client for such defective Deliverable. If Client submits a Deliverable to a marketplace for approval or public distribution or does not notify Company of rejection of such Deliverable within the 15-day period described in Section 3.1, Client will be deemed to have accepted such Deliverable.

**4.0**   <u>DEFECTS</u>. As used in this Section, a "Defect" is:

    (a) a material error or material defect in design or function of a Deliverable, or

    (b) a failure of such Deliverable to conform substantially with written specifications set forth in, or developed and documented during performance of, the SOW,

that Client identifies after accepting (as provided in Section 3.1) such Deliverable.

DocuSign Envelope ID: 8385E6DF-FF2A-48E8-8B8A-A4223F397A33

If Client reports in writing a Defect while Company is still performing Services, Company will use commercially reasonable efforts at Company's expense to correct such Defect in the normal course of performing such Services, and will coordinate with Client the timing and prioritization of such correction efforts relative to such other Services. In addition, if Client reports in writing a Defect after completion of Services, Company will use commercially reasonable efforts to correct such Defect at no additional charge to Client.

## 5.0   WARRANTIES

**5.1   Mutual Warranties.** Each of the Parties represents and warrants to the other that: (a) it has full power and authority to enter into and perform its obligations under this Agreement, and that doing so will not conflict with any of its obligations to third parties; and (b) it will, in its performance of this Agreement, comply with all federal, state, and local laws, rules, regulations, orders, and ordinances applicable to such performance.

**5.2   Additional Promises by Company.** Company covenants, represents and warrants that:

(a) it will perform the Services in a professional and workmanlike manner;

(b) the Preexisting Materials will not infringe, violate or misappropriate any copyright, Trade Secret, trademark, patent, or other intellectual property right of any third party (collectively, "Third Party Intellectual Property Rights") and will not violate any right of privacy or publicity, or constitute a defamation;

(c) the Work Product will not infringe, violate or misappropriate any Third Party Intellectual Property Rights and will not violate any right of privacy or publicity, or constitute a defamation;

(d) there are no pending (or, to the best of Company's knowledge, threatened) lawsuits, claims or proceedings against Company alleging infringement, violation, or misappropriation of any Third Party Intellectual Property Rights;

(e) Company shall be responsible for all acts and omissions of any subcontractor or third party which Company engages to provide any portion of the Services; and

(f) Any and all Deliverables that consist of software or code shall be free from defects, bugs, viruses, Trojan horses, back-doors, time bombs, or other malicious code or features.

**5.3   Additional Promises by Client.** Client covenants, represents and warrants that: (a) the Client Materials shall not infringe, violate, or misappropriate any Third Party Intellectual Property Rights; and (b) that there are no pending (or, to the best of Client's knowledge, threatened) lawsuits, claims or proceedings against Client alleging that any feature or functionality of the Work Product specified or required by Client violates, infringes, or misappropriates any Third Party Intellectual Property Rights.

## 6.0   LIABILITY

**6.1   General Indemnity.** Each party to this Agreement (an "Indemnitor") shall indemnify, defend, and hold harmless the other party and its parent and subsidiaries, if any, and their respective officers, directors, employees, and agents (collectively, the "Indemnitees") from any claims, suits, proceedings, judgments, liability, damages, demands, or expenses, in each case of any third party (whether fixed or contingent and whether or not adjudicated), along with related reasonable attorneys'

3

DocuSign Envelope ID: 8385E6DF-FF2A-48E8-8B6A-A4223F397A33

fees and expenses (collectively, "Claims"), regarding injury to or death of any person, damage to or destruction of tangible, physical property, payment of taxes, payment of any compensation to the Indemnitee's employees, in each case arising from or relating to the Indemnitor's performance or nonperformance of its obligations under this Agreement.

**6.2   Infringement Indemnity by Company.**  Company agrees to indemnify, defend, and hold harmless the Client Indemnitees against any Claims arising from or relating to Company's breach of any of subsections (b) through (f) of Section 5.2.

**6.3   Infringement Indemnity by Client.**  Client agrees to indemnify, defend and hold harmless the Company Indemnitees against any Claims arising from or relating to Client's breach of Section 5.3.

**6.4   Indemnification Rights and Obligations.**  An Indemnitee shall give the Indemnitor written notice of any actual or threatened Claim against the Indemnitee within 30 days of receiving such notice. Failure to provide such notice will relieve the Indemnitor of its obligations to indemnify, defend, and hold harmless the Indemnified Parties under this Section.  Each Indemnitee shall provide the Indemnitor with assistance and information reasonably necessary to carry out the Indemnitor's obligations under this Section.  Each Indemnitee will have the right, at its option, to participate in the settlement or defense of any Claim with its own counsel and at its own expense.  An Indemnitor shall not settle any claim that results in an Indemnitee's liability, admission of fault, obligation, or otherwise imposes a limitation or restriction on an Indemnitee's rights without such Indemnitee's prior written consent.

## 7.0   TERM AND TERMINATION

**7.1   Term.**  The term of the Services under this Agreement shall commence on the Effective Date and shall continue thereafter for a period of one year and such additional period or periods as may be agreed in writing by the Parties, unless earlier terminated as provided in this Agreement (the "Term").

**7.2   Termination by Company for Breach.**  In addition to any other remedy available under this Agreement or otherwise, Company may terminate the Services if Client breaches any material provision of this Agreement (or the SOW) and has not cured such breach within thirty (30) days after receipt of written notice of such breach.

**7.3   Termination by Client for Convenience.**  Client may terminate the Services at any time without cause effective 30 days after Company's receipt of applicable written notice from Client, provided that Client will pay Company for all Services provided in advance of the effective date of such termination.

## 8.0   ADDITIONAL STATEMENT(S) OF WORK AND CHANGE ORDERS.  If Client requests that Company provide additional deliverables or services in the future, the Parties shall specify the scope of the work to be performed, the price for such work, and any other relevant information in an amended SOW.  No amendment to the SOW will become effective until authorized representatives of both Client and Company have executed it.  In addition, Client may request a change in the scope of the Services or Deliverables or date of performance agreed to by the Parties (a "Change") by delivering a written request to Company specifying the desired Change(s).  Within 5 business days of receipt of such a request, Company will submit a proposed written change order (a "Change Order"), including time and costs, for such Change(s) to Client.  If both Parties execute a Change Order, Company shall perform the Change(s) subject to the terms set forth in such Change Order, in accordance with the terms and conditions of this Agreement, and such executed Change Order shall constitute an amendment to the SOW.

DocuSign Envelope ID: 8385E6DF-FF2A-48E8-8B6A-A4223F397A33

**9.0    INDEPENDENT CONTRACTOR.** Company is an independent contractor for, and not an agent or employee of, Client. Nothing in this Agreement shall be deemed to create an employment, joint venture, agency, or partnership relationship between the Parties or their respective employees and subcontractors, and neither party is authorized nor shall act toward any third party, individual entity, or the public in any manner that would indicate any such relationship to the other. Company shall be solely responsible for the compensation and performance of its employees and subcontractors hereunder, the filing of any and all returns and reports, and the withholding and/or payment of all applicable taxes for Company, its employees and any other agents or subcontractors employed by Company to perform under this Agreement.

**10.0    FEES AND EXPENSES**

    **10.1    Fees.** All fees to be paid by Client to Company, except for applicable Expenses (as defined in Section 10.2), shall be set forth in the SOW, as the same may be amended by one or more Change Orders from time to time.

    **10.2    Expenses.** Client shall reimburse Company for reasonable and documented expenses expressly agreed to in writing in advance by Client ("Expenses") incurred for (a) lodging, air travel, ground transportation, meals and similar travel-related charges for Company's personnel traveling to Client's site or otherwise at Client's request, and (b) other out-of-pocket expenses required for performance of the Services and either specified on the SOW or approved by Client. All Expenses shall be invoiced at Company's actual cost, without markup.

    **10.3    Invoices.** All Company invoices shall be emailed to the address of Client provided in the SOW, unless a different delivery method is specified in writing by Client.

**11.0    CONFIDENTIAL INFORMATION**

    **11.1    Proprietary Information.** Neither party shall disclose any of the other party's Proprietary Information (as defined in the next sentence) to any third party and shall use and disclose such Proprietary Information only on a need-to-know basis for purposes of performing its obligations under this Agreement, or in the case of Client, for purposes of using the Services and/or exercising its rights granted hereunder. "Proprietary Information" means the Trade Secrets and Confidential Information of the disclosing party (or of a third party providing such information to the disclosing party). "Trade Secrets" means information constituting a trade secret within the meaning of the Uniform Trade Secrets Act. "Confidential Information" means information, other than Trade Secrets, that is of value to the disclosing party, is treated as confidential by the disclosing party, and includes, without limitation: (a) information concerning finances, accounting or marketing, business opportunities, applications, interfaces, affiliate lists, business plans, products, marketing plans, strategies, software, technologies, forecasts, intellectual property, schematics, designs, research, development, know-how, personnel, supplier information, client information, personally identifiable information, litigation strategies, attorney work product, databases, and mask works; (b) any and all information that the disclosing party obtains from any third party which the disclosing party treats as proprietary whether or not owned by the disclosing party; and (c) any materials, whether prepared by the receiving party or otherwise, that contain or are based upon the disclosing party's Proprietary Information. This Agreement and its terms are Confidential Information of each party.

    **11.2    Exclusions.** For purposes of this Agreement, Proprietary Information shall not include information or material which (a) enters the public domain (other than as a result of a breach of this Agreement); (b) was lawfully in the receiving party's possession prior to its receipt from the disclosing

DocuSign Envelope ID: 8385E6DF-FF2A-48E8-8B6A-A4223F397A33

party; (c) is independently developed by the receiving party without the use of the disclosing party's Proprietary Information; (d) is obtained by the receiving party from a third party under no obligation of confidentiality to the disclosing party; or (e) must be disclosed due to a judicial or governmental requirement or order, in which case the disclosing party shall promptly inform the other party of the existence of such judicial or governmental requirement or order.

      **11.3**    **Duration of Obligations.** The confidentiality obligations set forth in this Section for Trade Secrets shall continue indefinitely for so long as such information remains a trade secret under applicable law and with respect to Confidential information, shall continue for five years following termination or expiration of this Agreement.

      **11.4**    **Injunctive Relief.** The receiving party acknowledges that disclosure of any Confidential Information or Trade Secret by it or its employees or subcontractors could give rise to irreparable injury to the disclosing party or the owner of such information, not adequately compensated by damages. Accordingly, the disclosing party will be entitled to seek equitable relief, including injunctive relief and specific performance against the breach or threatened breach of the undertakings in this Section, in addition to any other legal remedies that may be available. The receiving party further acknowledges and agrees that the covenants contained in this Section are necessary for the protection of the disclosing party's legitimate business interests and are reasonable in scope and content.

      **11.5**    **Ownership.** All Proprietary Information shall remain the property of the disclosing party and no license or other rights to the disclosing party's Proprietary Information is granted or implied hereby, except as expressly set forth in this Agreement.

      **11.6**    **Return or Destruction of Proprietary Information.** Upon the earlier of the disclosing party's request or the termination or expiration of this Agreement, the receiving party shall, at the disclosing party's option, promptly destroy, delete, or return all Proprietary Information, including all copies thereof in whatever medium, in its possession or control, and in either event provide a written certification confirming the same.

**12.0  MISCELLANEOUS.**

      **12.1**    **Assignment.** This Agreement shall inure to the benefit of the Parties and their successors and permitted assigns. Neither party shall assign this Agreement, in whole or in part, to any third party without the prior written consent of the other party, and any attempt to make such an assignment shall be void; provided, however, that the sale or transfer of all or substantially all of a party's assets or capital stock or other ownership interests, whether by contract or operation of law, shall not be deemed an assignment of this Agreement requiring the prior consent of the other party as long as the acquiring entity is not a competitor of the non-assigning party and agrees in writing to assume and perform all of the obligations of the selling or transferring party under this Agreement.

      **12.3**    **Governing Law.** This Agreement will be construed in accordance with and governed by the laws of the State of Florida without giving effect to conflict of laws principles that would result in the application of another law.

      **12.4**    **Days.** References to "days" or a "day" shall mean a calendar day, unless otherwise stated.

      **12.5**    **Notices.** Any notice or communication required to be given by either party under this Agreement shall be by email or in writing and shall be hand delivered, sent by certified or registered mail, return receipt requested, or sent by a nationally recognized overnight courier to the addresses indicated below or such other address as either party may specify to the other. Such notices shall be deemed

given: on the date sent, if by email; on the date delivered, if hand delivered; or on the date officially recorded as delivered by return receipt or recordation, if by the overnight courier service.   Either party may change its address for notice purposes upon issuance of notice thereof in accordance with this Section.

All notices to Company shall be provided to Company's point of contact, as listed in the SOW, with a copy to:

Benjamin A. Howe, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
benjamin.howe@hklaw.com

All notices to Client shall be provided to the address specified on Client's signature page to this Agreement.

12.6    Waiver and Consent.   No failure or delay by either party in exercising any right, power or remedy under this Agreement shall operate as a waiver of any such right, power, or remedy.   No waiver of any provision of this Agreement shall be effective unless in writing and signed by both Parties. Any waiver by any party of any provision of this Agreement shall not be construed as a waiver of any other provision of this Agreement, nor shall such waiver operate or be construed as a waiver of such provision respecting any future event or circumstance.   Where this Agreement requires the consent of a party, that party will not unreasonably withhold, condition or delay such consent.

12.7    Severability.   In the event any provision of this Agreement (or portion thereof) is determined by a court of competent jurisdiction to be invalid, illegal or otherwise unenforceable, such provision shall be deemed to have been deleted from this Agreement, while the remainder of this Agreement shall remain in full force and effect according to its terms.

12.8    Force Majeure.   No failure or omission by a party in the performance of any obligation under this Agreement (other than the obligation to make payments of amounts due and owing hereunder) shall be deemed a breach of this Agreement or create any liability if such failure or omission shall arise from any cause or causes beyond the reasonable control of such party which cannot be overcome through due diligence, e.g., strikes, riots, war, acts of terrorism, acts of God, invasion, fire, explosion, floods, and acts of government or governmental agencies or instrumentalities.

12.9    Complete Agreement; Construction.   This Agreement, including the SOW, constitutes the complete agreement and understanding between the Parties with respect to the subject matter hereof and supersedes all prior and/or contemporaneous agreements and understandings between the Parties with respect to the subject matter hereof.   This Agreement may be modified only by a writing, signed by both Parties, which specifically identifies this Agreement by name and date.   Each party and its counsel have participated fully in the review, negotiations and revision of this Agreement and any rule of construction to the effect that ambiguities are to be resolved against the drafting party shall not apply in interpreting this Agreement.

12.10    Execution.   This Agreement may be executed in counterparts manually or by facsimile, portable document format (pdf) or similar electronic image-based format, each of which counterparts shall be deemed an original, and all of which, when taken together, shall constitute one and the same instrument.

DocuSign Envelope ID: 8385E6DF-FF2A-48E8-8B6A-A4223F397A33

*[Signature page follows]*

DocuSign Envelope ID: 8385E6DF-FF2A-48E8-8B6A-A4223F397A33

The Parties have caused this Agreement to be executed by their duly authorized representatives.

Date: 1/21/2021 _____

**Client:**

Name of Client: OnderLaw, LLC _____

Name: James Onder _____

Title: Member _____

Email: Onder@onderlaw.com _____

Signature: *James Onder* _____
5C'B4A71D2274BE...

**Company:**

Name: 3 Square Digital _____

Title: CEO _____

Email: eamon@3squaredigital.com _____

Signature: *Eamon Walsh* _____
3561E8E0096E447...

9

# Introduction

## A Letter From The Managing Director

Thank you for the opportunity to allow us to provide an overview of how we'd approach building and scaling Onder Law's single event practice. At 3 Square Digital, we believe that collaboration is the key to excellent work. This shows in how our team operates, with a healthy co-dependence on the expertise each individual brings from brand identity development to predictive analytics.

We have established partnerships with Google, Facebook, Bing Plus, and agency partners, our relationship and experience with these platforms has allowed us to create effective full funnel, integrated marketing solutions that grow brands and in the case of Onder Law disrupt the category all together. For these reasons, I'm very excited to provide the following pages explaining how we will approach your project together.

We recognize we'll know more about your needs each day than we did the day before. Our intent is to use this evolution of understanding to deliver award winning experiences coupled with advanced digital acquisition campaigns to dominate the single event arena.

As a result, we're able to deliver the creative quality and range of a large agency, with the nimbleness of boutique integrated partner that has intimate understanding of the battleground.

Cheers,

*Eamon Walsh*
Managing Director

# Branding Approach

Discovery

We're going to start by getting smarter about your business, and most importantly, ensuring we all have a great understanding of who your ideal target is. All future work hinges on having a clear picture of the right priority target segment(s). We will work with you to develop a fast, simple research plan to validate/identify a clear target profile (and understand the motivations behind their interest).

We will research, gather, and discuss any existing strategic work you've completed. This includes reviewing anything we can get our hands-on, as well as conducting interviews (customers, leadership, agents) and also some less conventional tactics (combing the web for customer feedback, guerilla competitor interviews, speaking with competitors, whatever we can come up with that makes sense for your category).

We'll also dive deep into your competition to look for opportunity areas, including category practices to build off of, as well as those category norms to avoid. This information influences positioning, messaging, and how we'll approach finding an ownable visual foundation. Further, it will apply to media planning and how we build the website to ensure brand consistency.

We will start with extensive interviews of the executive team and agencies you've purchased to gain an understanding of the product design, company design, and category potential.

The areas which may be covered during the interviews include:

a.    Mission/Vision

b.    Customers/buyers

c.    Problem statement

d.    Use cases

e.    Product/solution

f.    Ecosystem

g.    Business model

h.    Sales & go-to-market model

i.    Product architecture and roadmap

j.    Category potential/TAM

k.    Competition

l.    Differentiators

m.    Timing & key events

# Competitive Positioning Analysis

We will identify up to five competitors (direct and indirect). We'll analyze each competitor through the lens of potential customers and partners, developing heuristic insight from available communication platforms such as their website(s), advertising, prospective & existing customer experience. Your competitors will then be plotted on a Profiling Register to identify how they have positioned themselves emotionally (role, territory, attitude) vs. functional (attribute, awareness, benefit)—to identify whether your brand should compete in those spaces, or find competitive advantages in unclaimed space. Seeking to define and create category design for the signal event catastrophic space.

In addition, our competitive brand audit will address questions such as:

• What does is seen as their competitior's strengths and weaknesses?

• How 's the service differentiated?

• What markets or demographics do they target & what shcu d be the ideal target?

• What elements of the digital customer journey yield a positive experience

Category Design Workshop One

A two-day workshop tailored to Order Law firms Objectives. The workshop will be intended to review the discovery information gathered and methodically work through each of the activities below.

CATEGORY DESIGN

The workshop may include any or all of the following topics:

| | |
|---|---|
| Framing the problem | Lightning strike model |
| Tone/provocativeness | Customer Persona Targets |
| Differentiators | Economic buyer |
| Use cases | Industry press and analysts |
| Conditions to win | How to define the category |
| Category lifecycle model | |

Marchitecture: Persona, Blueprint, Ecosystem, Roadmap .

The purpose of the Marchitecture work is to provide a context and set of recommendations for the product/service positioning, ecosystem, audience, and vision. 3 Square Digital will deliver all of the following workflows, as appropriate in collaboration with the Onder Law Firm management team.

i.   Persona, which may cover the following topics:

• Target users/buyers
• Persona segmentation
• Persona specific category design considerations

ii.   Blueprint, which addresses the following:

• Marchitecture diagram
• Platform services
• Applications for different lines of business

iii.   Ecosystem. will cover the following topics:

• Prospective customer journey mapping
• Existing customer ideal journey mapping
• Money flow · DCF Model & ProForma projection modeling
• Data flow
• Transaction flow
• Control points
• Target users/buyers

iv.   Roadmap, which may cover the following topics.

• Product/Service vision, short term, and long term
• Impact on future developments on the category

Category Thesis/Naming

The purpose of Category Thesis/Naming is to create either (1) a new category strategy that is purpose-built to create a new category or (2) optimize current strategy within an existing category with the goal of dominating the market

The discussion will include:

i. Current state of the Client market position

ii. Key areas of consideration for category design and positioning

iii. Category design principles and research

iv. Discussion of the Category Thesis which outlines a defensible argument that the Category exists

v. Potential outcomes, and recommendations for timing and next steps to begin either:

1. Naming of a new category, or options for a new category

2. Optimize current strategy

Point of View (POV) Framework

The purpose of the POV Framework is to outline the storyline. taxonomy, from to's, and key themes to be used in the POV. Development of the POV will be conducted by 3 Square Digital prior to Workshop Two.

The DELIVERABLE
For this phase the workshop as described above, discussion of the Category Thesis, discussion of

Marchitecture topics, and review of existing Marchitecture documents produced by Onder Law Firm (identified revisions to existing documents may take place after the workshop in a collaborative manner by both 3 Square Digital and Onder Law Firm), and the POV Framework.

Point of View (POV)/Strike-Ops Workshop Two -

**Point of View**

The purpose of the POV portion of the Workshop is to present the POV developed, which provides a differentiated articulation of Onder Law Firm positioning and value in the form of a written dialog. The key components of the POV will include:

i. Framing the problem

ii. Ramifications of not solving the problem

iii. Introduction of the category

iv. Unique solution

v. Vision for the future

vi. Business outcomes

**Mobilization Planning**

3 Square Digital will facilitate a planning session to initiate the development of an internal Mobilization Plan aligned with the Category and POV. The purpose of Mobilization is to align the product/sales/marketing/partners behind the Category followed by creating the materials to mobilize all partners to take the desired actions.

**Lightning Strike Planning**

3 Square Digital will facilitate a planning session to initiate the development of the Lightning Strike Plan. The purpose of the Lightning Strike Plan is to map out the goals, strategies, tactics, resources, budget, and team dependencies to launch the Lightning Strike.

The session may include any or all of the following topics:

i. Goals and objectives

ii. Business theme and offer (aka Big Idea)

iii. Press release(s)

iv. Sales enablement

v. Brand update

vi. Message house

vii. Corporate deck(s)

viii. Website

ix. Events

For this phase in the workshop, the POV draft, reasonable ongoing POV revisions (which may take place post-workshop), as well as the kick-off and facilitation of a Mobilization/Lightning Strike planning session.

3 Square Digital will lead in the development and execution of the Mobilization/Lighting Strike plans. Such work will include the collaborative development of the plans, any specific involvement requested from the topics above, coaching and guidance in connection with the planning and execution of the Mobilization/Lightning Strike plan, and ongoing management of the strike process.

Timing

• 10-12 Weeks





A Brand For A Company Is Like A Reputation
For A Person. You Earn Reputation By
Trying To Do Hard Things Well.

Jeff Bezos

## Brand Analysis

3 Square Digital will utilize all responses gathered from the Discovery Workshop, stakeholder and customer interviews, and competitive positioning analysis to formulate the development of the core brand messaging and the Messaging Framework—taking the raw information and turning it into real insights. During the analysis phase, 3 Square Digital may require additional input from the Onder Law Firm executive steering committee as we refine our findings to clearly articulate and position the organization in its respective space as this can be an iterative process.

## Messaging Framework

Clear, consistent, and effective messaging is core to a company's communication strategy. It enables customers to identify the organization's purpose, vision, and it's unique qualities that provide solutions for their specific issues and problems.

3 Square Digital Creative will develop strategic messaging (the framework that communicates how your product provides a solution to a problem) and corporate positioning (how the company's visions, values, and position in the marketplace are expressed)

- Timing
  - 4-6 Weeks (assuming not additional research).

## Positioning & Support Messaging

We'd tackle you're positioning, as it's the foundation for how you'll communicate and behave moving forward. Positioning is a marketing strategy that aims to make a brand occupy a distinct position relative to competing brands in the mind of the consumer. A non-creative statement that acts as —a blueprint for all marketing and communications. A singular thought, with multiple reasons to believe

- We'll explore a wide range of directions—ultimately getting down to a shortlist of potential positioning statements along with our recommendation and rationale (all designed to introduce the brand and give your audience a reason to care). We'll be looking to identify the most motivating rational story to tell and identify what emotional value we think should be attached to the Brand in order to drive action.
- Out of this positioning, we will develop a range of key support messaging which will form the strategic foundation for future communication and become the detailed support for the Brand's overall positioning.
- We present all of this in a working session with key stakeholders where we discuss and collaborate to land on a recommended positioning. If we're in agreement about a direction after that meeting then we move forward. If there is a desire to test our potential direction(s) we will develop a round of consumer validation testing.
- Timing
  - 4-6 Weeks

## Branding Personality

Finding the right brand voice is critical to accelerating the connection to your desired audiences and separating yourself from the competition. The brand voice will influence your copy and also provide the visual foundation for the Brand.

We'll share a range of possible personalities (target relevant, distinct from competition, consistent with positioning), and start the process by seeing how these varied personas translate into sample customer-facing brand narratives, headlines, and copy.

We'll work with you to align a single personality direction, which will form the guide for all future writing and inform the tone of the visual foundation.

- Timing
  - 4-5 Weeks



## Visual Brand Identity Development

Armed with positioning and a personality, we'll start our visual foundation work with the brand identity. The brand identity is the cornerstone of a brand's visual foundation. Since logo creation is so subjective, before jumping 'n we share an input brief with key stakeholders to make sure we're on the same page about expectations and design sensibilities. From there, our process for developing a logo is broken into 3 key steps.

### Concept

We'll share a series of initial concepts/ideas for the new brand identity. These will be presented in black and white, rough form (some might be vector graphics created on the computer, some might be sketches) to allow us to focus on evaluating the core idea behind each direction. We'll support these initial marks with conceptual reference and thinking surrounding their conception. We'll present at least 5 options in this round to refine in the next round.

### Refine

We will take any notes, feedback, and direction on the first round to further refine out 2 of the presented brand identities. We'll share these marks in a recommended color palette and mocked into 'real life' scenarios on a piece of swag or website header to start to understand how it will feel out in the world.

### Focus

In this round we'll be focused on one final direction, taking any notes from the previous round to continue to refine. We can also share alternative color palettes based on feedback if necessary.

- Timing
  - 7-8 Weeks



"I love the bottle, I want to do something..."

— Andy Warhol 1986

In the 1980s, Andy Warhol made over 50 works of art portraying the Absolut bottle, one of which became the famous Absolut Warhol ad. This limited edition bottle is developed from that, together with The Andy Warhol Foundation, a leading funder of

# Look and Feel

- We'll use the approved Positioning and Personality, and new brand identity direction as the foundation for a Look and Feel exploratory. We are looking to create a visual direction that is uniquely yours (and relevant to your audience), defining typography, colors, visual style (photography, illustration), etc. All with the end goal of driving visual consistency across everything you do.

  - **Stage 1- Conceptual Directions**

    We'll begin the look & feel portion by developing 3-4 distinct visual directions. Each of these initial directions will be presented via a custom mood board, that will identify key visual elements (type, color, iconography, photo or illustration treatments, etc.). We'll choose one direction for further exploration. Unless there's a desire to test multiple directions with our target customers in which case we'll choose two to three.

  - **Stage 2- Execution Examples**

    In the next phase of the process, we focus on developing more details around the design system, as well as providing execution examples across a range of digital and static formats. The goal is to demonstrate how the core visual approach will influence your most pressing needs including; key pages of the website, digital and printed assets, packaging (essentially giving us a head start on the design of these assets).

  - **Final Deliverables**

    Approved brand look & feel that includes:

    - Type
    - Color
    - Iconography
    - Photo or illustration treatments etc.
    - Execution examples

  - **Timing**

    - 6 Weeks (without testing)

- **Style Guide**

  - We will package up the approved Positioning, Messaging, Personality, Logo, Look & Feel and develop a set of Guidelines to inform how these elements are brought to life in execution (ensuring consistency across all applications). This tool will inform both internal teams and partners on how to maintain the brand across multiple mediums. Maintaining a brand is the shared responsibility of everyone in the organization. The brand identity guide documents the rules of applying the brand's visual identity as well as its positioning in the marketplace. This guide ensures that the brand is managed consistently and with integrity. Adhering to the guidelines maintains continuity, conserves resources, and continues to strengthen the brand in the eyes of

the consumer.

- ○ 3 Square Digital will develop a Brand Identity Guide which will include color usage, typography options, guidelines on illustration and photographic styles, and details on the proper use of logos, taglines and fonts, use of infographics, as well as positioning and core brand pillars.
- ○ **Timing**
  - 3-4 Weeks
- ● **Photography/Asset Creation**
  - ○ We work with you on developing a suite of assets depending on your exact needs, including identifying and vetting photographers, producing photography, assembling stock libraries, and commissioning any needed illustrations.
  - ○ Timing
    - 6-8 Weeks
- ● **Video Production**
  - ○ We will develop a tagline.
  - ○ Timing
    - 6-8 Weeks

## Timing

The ideal timing is below and can be modified depending on specific delivery dates.

| | |
|---|---|
| Discover | 1-2 weeks (weeks 1-2) |
| Category Design | 10-12 weeks (weeks 10-12) |
| Positioning & Messaging | 10-12 weeks (weeks 12-24) |
| Personality | 4-5 weeks (weeks 24-29) |
| Visual Brand Identity | 7-8 weeks (weeks 29-37) |
| Look & Feel | 6 weeks (weeks 37-43) |
| Photography/Asset Creation | 4-6 weeks (weeks 43-50) |
| Style Guide | 3-4 weeks (weeks 50-54) |

| Category Design Brand Identity & Visual Development | | | |
|---|---|---|---|
| Description | Item | Quantity | Price |
| Brand Discovery Workshop | $350.00 | 160 Hours | $56,000.00 |
| Marchitecture: Persona, Blueprint, Ecosystem, Roadmap | $200.00 | 300 Hours | $60,000.00 |
| Category Thesis/Naming & lightning strike | $200.00 | 100 Hours | $20,000.00 |
| Positioning & Messaging Identification | $250.00 | 200 Hour | $50,000.00 |
| Brand Personality Development | $300.00 | 220 Hours | $66,000.00 |

| Customer Interviews | $200.00 | 48 Hours | $9,600.00 |
|---|---|---|---|
| Digital Asset Creation (Photography, Video) | $300.00 | 450 Hours | $135,000.00 |
| Style Guide | $200.00 | 80 Hours | $16,000.00 |
| Competitive Positioning Gap Analysis | $200.00 | 100 Hours | $13,000.00 |
| Develop Brand Identity Visuals | $250.00 | 220 Hours | $55,000.00 |

| Total | | | $500,000.00 |
|---|---|---|---|



# Website Design & Development

The following is an explanation of the design and development process we're recommending for Onder Law to follow.

- **Discovery (website-specific)**
  - Building from the broader discovery project, in this phase we collectively identify who our target is and begin thinking about how best to structure the website to assist in our needs and goals. Timing-wise, this is done in tandem with our discovery for the positioning.
  - We will begin by examining the existing brand standards and project goals along with any other documentation you can provide about your organization. This typically gives us great insight into who you are and how you're positioning the firm. Additionally, we will spend time reviewing communication channels (web and otherwise) of your existing marketing/messaging content and work to understand audience types you hope to reach. This is also the time when we will also begin making progress on a technical strategy.

- **In Strategy & Planning**
  - In Strategy & Planning, We will combine our understanding of your audience and your primary goals for the site to determine the most appropriate information architecture and navigation patterns. These recommendations will consider how the experience will change across viewport widths and ensure that your users are able to navigate the site with ease. Additionally, we will

evaluate performance needs and concerns for the site and take steps to define how we will address these in later phases. Lastly, we will define what applications and third-party software best fit the objectives of the project.

- **Sitemap Design Concepts (Initial wireframes)**
  - This is done in tandem with the messaging phase of our process immediately following positioning. Once we fully understand our target and goals for the site we will then identify the best way to incorporate these findings into a page hierarchy. We'll begin laying out how we want the content to flow in the new site. During Design, we will begin to develop wireframes and ensure they clearly define appropriate priorities and behaviors. We'll also begin considering the architecture of the CMS at this point. At 3 Square Digital, we believe that design serves usability. In other words, we don't do design just to win awards. This doesn't mean that we are lax in our design technique. Quite the contrary, we care deeply about crafting an intuitive experience for your users, striving toward an engaging design that adheres to your brand standards and project goals. While mobile traffic is steadily increasing year over year. We will look to strike a balance that thinks about mobile-first and maintains a robust desktop experience. We strive to create work that gives an exceptional experience on any device. It is here that we will consider how the design should adapt at various screen resolutions, aiming to ensure a great experience for all users, independent from the device they use.

- **Website Copy**
  - Armed with your new personality, messaging, and the completed sitemap we'll continue to explore how your story comes to life via website copy. We'll work together on a brief that identifies the sequencing of this messaging as it should be displayed on your website, and then develop a range of headlines, subheads, and body copy to tell that story that all integrate with our initial wireframes.

- **User Experience (more detailed wireframes)**
  - When we know the content we want to display and the page count that we've identified in our initial wireframe and through our website copy, we then can start to get into the details of what exactly will go on each page. Ultimately, we will have a set of PDFs outlining actual content, order on each page, and any functionality requirements assigned to each section.

- **Design**
  - After the wireframes are approved, we review the new look and feel for the brand and begin applying it towards a new website design. We will go through a few rounds of review to make sure we're on the right track visually. We'll be leaning heavily on the approved wireframes to guide hierarchy and functionality. In this step that we start to identify any movement and any animations we want to have built during the development phase.

- **Development**
  - Once designs are approved we proceed with creating code. We will use HTML, CSS and JavaScript to build out a website onto a CMS that you will be able to manage and change content easily. In this process we will actively be testing, rebuilding, breaking, and deploying many lines of code to ultimately get us to a finished responsive website that is full of life and works great.
  - We will begin to focus on building each unique template and all the components which constitute the website. During this phase, you'll be able to see and test the site in your desktop browser and on other devices. Continuing to progressively enhance the components, we'll apply a layer of JavaScript to craft an effective and enjoyable interaction where appropriate. Our work here will account for the shifting interaction component across viewport widths. This phase is an excellent time to consider accessibility and usability testing. Over the past few years, we've learned that thinking at the system level allows for a much more sustainable solution. In other words, not only will we work to create a new web presence, but we'll also create an entire design system comprised of all the individual components. In this way, we are documenting the design decisions and providing a much more robust platform to use in any web-based communications. This approach increases consistency, allows for faster design and development moving forward, and enables an internal team to create new templates that adhere to the look and feel established during a large-scale redesign like this.

- **Interaction/animation**
  - Once we have the website developed we always like to take a little time to polish everything up with a little micro-interaction and animation focus. This is the time to make sure there is movement to the site that is not intrusive but subtle and polished.

- **User Testing**

- We build quality into our products through techniques like pair-programming and regular project status reviews. We also employ bug-tracking software at the proper time in the project schedule if necessary. Additionally, we provide a three-tier hardware platform to help ensure that the product we launch is one you will be happy with.
- At this stage, we can test our site with users to allow us to make final minor adjustments and get the site ready for launch.
- Local Server Development: We begin development on our local systems.
- Cloud-Based Development Server: We transition to a dev server for internal and external testing.
- Production Server: We transition the site live once all parties have approved.

- **Deployment**
  - Once we're ready to launch, we will get everything with your DNS and hosting set up a few days beforehand so that when we go to launch we don't have any issues and can easily flip the switch over to your new website.
  - Final Deliverable
    - Fully functioning, responsive website, coupled with microsites for each line of business and or specific insurance product, optimized for paid media traffic.
  - Timing
    - 18-26 weeks (timing overlaps with other projects)

*\*Developing custom assets for the website would be addressed in the photography/asset creation phase done in tandem with creating the UX wireframes.*

# Process Note

While the above description of scope and process feels very linear, the reality is a process that is much more interactive and cyclical. This aligns with our desire to continue to learn and improve our understanding during the project. Also during our time working together, we will set aside time each week to update your team on our progress in a more formal way. Informal updates will be given on almost a daily basis.

- **Create a seamless user experience**
  - Once we're ready to launch, we will get everything with your DNS and hosting set up a few days beforehand so that when we go to launch we don't have any issues and can easily flip the switch over to your new website.
    Often times, a user's first and last impression of a brand comes through their interaction with the website. Leveraging a combination of large imagery, consistent icons and colors throughout the website will help create a connection with the user and educate them or a potential experience that they might have from knowing Onder Law is behind them. A navigation and page structure that allows each user to quickly and easily find whatever they're looking for is going to be extremely important for the success of the website. By structuring pages with a clear hierarchy as well as calls to action, we'll be able to better shape the user's journey throughout the website
- **User/Data Analysis**
  - We're going to need to understand how your current user base is interacting with the website, what messages you're trying to communicate, what has and has not been effective thus far. Analyzing data, running tests and speaking to staff will all help provide resources for us to make the most educated decisions on how to push the website further.
- **UI/UX Design**
  - Effective user experience needs to evoke a feeling, it needs to guide the user, it needs to communicate. User Interface and User Experience have become synonymous because brands need to move, communicate, and adapt to the user at all times. We need to understand their mindset from whatever piece of content they interacted with prior to landing on your website. Being able to understand what part of the customer journey they're in and where they need to be guided will yield the best results.
- **Key Features/Improvements**
  - Clean, high-end design experience
  - Streamline website navigation with imagery
  - Advanced search functionality
  - Minimizing each user's work (steps/clicks/page loads)

- Presenting Clear Calls to Action
- Clear Add to Cart buttons that are above the fold
- Faster page load times
- Easy to use product filters/Nav
- Clear Shipping/Return/Warranty information
- Simple/Fast checkout
- Chat functionality
- Product Transfer from the old site to the new site

**Mobile/tablet optimized**

Our websites are built on a custom, responsive framework which allows the website to adapt to both large, and small displays. This ensures that no matter what sized device your customer is using, your content is always effective.

**Improved website analytics**

Google Event Tracking - We can create specific goals through GA and use UTM links to determine if any marketing efforts are effective, but also to ensure planned user flows are converting.

Hot Jar - This tool allows us to perform user tests on specific aspects of the website and better understand the current user flow throughout the website. Hotjar allows us to track:

- Heat-mapping
- Visitor Recordings
- Conversion Funnels
- Feedback Polls & Surveys

**Performance Optimization**

Before launching any website into full production we'll ensure that anything on site that can be minimized, maximized, or optimized is. Aside from writing clean efficient code, some major factors for performance are:

- Leveraging browser caching
- Specifying the proper cache validator
- Removing query strings from static resources
- Minimizing redirects, requests, DNS Lookups & request sizes
- Compressing CSS, HTML, and Javascript
- Compressing and optimizing Images
- Combining external Javascript & CSS
- Parallelize downloads across hostnames

**Technical Overview**

- **Design**
  - Custom Page Layouts (Up to 55 unique page templates)
  - UI / UX Graphical Components (Buttons, Icons, CTAs)
  - Banner & Promotional (Sliders, Banners for Launch)
  - Module Design
  - Effects & Transitions Designed
  - Responsive Design
- **Web Framework**
  - HTML5, CSS, & LESS Markup Frameworks
  - Javascript for transition and animation work
  - Custom Mobile Responsive Framework Solution
  - WordPress or Drupal
- **Compatibility & Compliance***
  - 3 Square Digital follows best practice to mitigate ADA-compliance issues
  - 3 Square Digital will optimize the website for Windows 7+, Mac OS 9+, iOS 10+, Android 5+ and some current versions of Linux
  - 3 Square Digital will optimize for the following browsers:
    - IE11+
      Current Chrome
    - Current Safari
    - Current FireFox
    - Current Mobile Safari
    - Current Mobile Chrome
    - Current Mobile FireFox
    - Current Android Browser
- **Preliminary Sitemap**

Our custom theme development leverages our internal project scaffolding as a starting point. All functionality is built out in a component-based approach based on the visual and technical specifications defined throughout the design process.

The following is a list of starter template themes to help you understand the core of the digital experience.

- Homepage (U1)
- Lines of business/torts Template (U2)
- Customer success stories Template (U3)
- The Onder Law Firm Story/Difference Template (U4)
- Sign up process Template (U5)
- Client post-login Template(s) (U6)
- News & Press/Blog (U8)
  - News & Press Article (U9)
  - Blog Article (U9)
- 1 FAQs Page (U10)
- Partnerships (U11)
- 1 Search results page (U12)
- Contact/Visit (U13)
- Onder Law Claim Journey (U14)
  - Claim Experience (U15)
  - Client Stories (U16)
- The Onder Law Firm Client Process  (U17)
- Behind the scenes in the community  (U18)
- Rollover navigation Template (U19)
- Brand Personality Bio Template  (U20)

*"U" stands for unique page template. Pricing covers up to 75 unique page templates, as listed above is the starting point of the templates.  We will most likely add more as a result of the branding and overall firm positioning work.*

### Project Management
The two words that best describe our approach to project management are transparency and interaction. Our project managers discuss scope, timeline, and budget with our customers weekly; and our team works iteratively, embracing the idea that we'll continue to learn and adjust as we go. We pull the necessary team members into the project as the need for their various expertise arises.
Depending on skill-set and availability, we'll assign an appropriate project manager to your project  All our project managers play other critical roles as well on the projects they work on. In this way, our clients have direct access to the people doing the work, alleviating a layer of confusion and resulting in better communication.

When appropriate, we utilize software (such as Freedcamp or Github) to help facilitate the needed interaction

### Team Members
Your team will be comprised of a Creative Director, Project Manager, Designer, Copy Writer Front-End Developer, Back-End Developer, QA, Content Writer, and Asset Manager. Involvement in each role will vary depending on the phase of the project, but we will always maintain 6-8 fully dedicated individuals to your web development project at all times.

# Timing

Ideal timing is as follows, but this can change depending on delivery dates.

| | |
|---|---|
| Website discovery | 2-4 Weeks |
| Design Concepts | 4-6 Weeks |
| Wireframe Concepts | 2-3 Weeks |
| Integrate third-party tools | 2-3 Weeks |
| Write Website Copy | 3-4 Weeks |
| Train Internal Users | 1-2 Weeks |
| User Testing | 1-2 Weeks |
| Deployment | 1-2 Weeks |

*Timing assumes overlap between some projects.

## Website Design & Development

| Description | Quantity | Price |
|---|---|---|
| Website Discovery | 60 hours | $48,000.00 |
| Concept Design | 100 Hours | $72,000.00 |
| Wireframe Concepts | 120 Hours | $36,000.00 |
| Integrate Third Party Tools | 80 Hours | $32,000.00 |
| Code Website | 220 Hours | $99,000.00 |
| Train Internal Users | 60 Hours | $30,000.00 |
| Testing & Quality Assurance | 160 Hours | $48,000.00 |
| Develop Micro Pages for paid media | 180 Hours | $59,400.00 |
| Compose Website Copy | 159 Hours | $63,600.00 |

| Total | $500,000.00 |
|---|---|



Back Office

# Engagement Overview

3 Square Digital will work directly with The Order Law Firm to design, develop, and implement a back-office solution for expansion into a nationwide single event practice. 3 Square Digital will architect and design a full suite that will integrate marketing, intake, and case tracking - while making sure that all applications used are integrated together to enable data/process transparency.

The current state of the back office functions needs to be fully documented to ensure that all future designs are in line with business objectives.

*All applications that will be utilized in back-office functions have not been defined because the requirements will drive the exact applications.  *



# Engagement Scope

The project will be broken out into the following phases:

1. Discovery (Documentation of current state for all existing processes/procedures and technology)
2. Gather business requirements for an optimized future state
3. Redesign discovery process flows to ensure alignment of business requirements and future state
4. Architect technology solution that will support the redesign process flows
5. Build and deploy all technology as defined in the finalized Scope of Work

**Assumptions:**

- Finalized Scope of Work will be presented once a more formal discovery and design process is completed
- Intake System will be built on the Salesforce platform
- Domo will be the business intelligence tool
- Most legacy systems will be replaced or enhanced
- Client will ensure availability of key resources to help define requirements for the duration of this project
- All development work will be done offsite

- This scope consists of case management for single event only
- The Onder Law Firm is expected to provide all necessary access to firm resources who can provide guidance for all the requirements to complete all work agreed upon
- All User Acceptance Testing (UAT) is to be completed in a reasponsable timeframe that is in alignment with the agreed upon milestone dates
- All license costs associated with this build are separate from the cost associated for this Statement of Work

*Based on feeaback and new information that may be discovered during the course of the project, adjustments will be made pending evaluation against the original scope. If these adjustments create a change in the deployment timeline or development hours then a change order needs to be submitted. There will be a review of project deliverables at the end of each phase. The client will sign off at the completion of each phase before the next begins.*



Project Phases

# Phases 1 & 2: Discovery

- In depth interviews with Executives to document the end goal and business strategy for the firm
- Conduct meetings with Managers and Employees to document how the existing work is completed
- Work with Managers and Employees to identify and understand all technology used in the implementation of the process

# Phases 3 & 4: Redesign and Architecture

- Design optimal solutions to achieve the business goals
- Present solution options and licensing costs for approval
- Assist in designing roles and defining skills for various positions

# Phases 5: Build out

* Build and deploy all technology as defined in the finalized Scope of Work
* Create and deploy customized reporting and dashboards



# Software Architecture

### Intake Suite

* Customer Relationship Management (CRM)
  * Create an intake component with a robust questionnaire builder that will give the firm the ability to reference the answers provided in the script that they go over with while on the phones. All questions & answers on the questionnaire are reportable
  * Marketing and referral source tracking for both forms and phone leads
  * Store all client contact information
  * Create lead journey consisting of the steps needed to conduct follow up calls on not yet qualified leads (Follow up letters, retainers, HIPAA's, rejection letters, etc.)
  * Create Retainer journey to follow up on retainers out on the street
  * Statute of limitations calculator accounting for different torts, states and rules
* E-Signature Application
  * Integration for electronic signature on all documents required for intake processing
* Phone System
  * Contact center solution with complete integration to records associated in the Intake application
* Backup & Recovery
  * Automated backup of entire intake application
* Document Generation/Storage
  * Ability to merge and store any document type related to an intake/case
* Text Messaging Platform
  * Integrate an SMS tool to be able to send SMS templates directly from the system and conduct follow ups as needed. Also the ability to send E-Signature documents through SMS.

### Case Tracking System for Referral Out

* Assign each case to a handling litigation firm

- Track placement dates and last update
- Include data fields for all relevant court information
- Provide disposition of the case based upon previously defined milestones
- Collect any available data pertinent to each milestone
- Document storage for client correspondence
- Keep track of Attorney fee percentage to the client
- Keep track of fee splits with litigating firm

### Phone System Build & Integration

- Users
- Profiles
- Call Plans
- Call recording
- Click to dial
- Configure Call Lists
- Call analytics
- Supervisor monitoring setup
- Log a Call setup/configuration
- Custom Integration using Data Dips including Salesforce

### Business Intelligence

- Data Warehouse that is integrated with each application
- Universal reporting across all platforms
- Integration with all major digital ad platforms
- Productivity Reporting
- Marketing Reporting
- Case progression reporting
- Reporting for referral firms with their own portal and login

### API Integration application

- Software application that will allow you to post leads directly into your system from referral partners, lead generation companies, digital ad platforms, websites and even spreadsheets
- When data comes in you can append additional information and handle any data clean up
- Gives the firm the ability to post directly into litigating firms intake or Case Management system regardless of what application they use
- Ability to keep all cases placed with litigating firms reconciled and in-sync enabling a small staff to manage a large inventory

### Case Management System

- Status, task and activity tracking for a clear understanding of disposition of each case
- Automated workflows customized by case type and venue
- Legal Calendar with Integration into court calendar (if courts enable)
- Document management and storage
- Document templating and merging
- Email Integration
- Cloud based solution available on any device with an internet connection
- User defined data fields for insurance, injury information, treatments, etc..
- Ability to assign cases, tasks and activities to users and availability of audit trails on critical fields
- Integration and automation around medical record ordering
- Full reporting suite around productivity, case status, calendar, next steps, case quality, defendant, insurance company, etc.

## Back Office Breakdown



| Description | Item | Price |
|---|---|---|
| **1st Milestone**<br>- Current state documentation<br>- Complete system architecture design with integration points<br>- System install, field customization and matter workflows built for intake application<br>- User Acceptance Testing (UAT) | $500,000.00 | $500,000.00 |
| **2nd Milestone**<br>- System install, field customization and matter workflows built for case tracking and management<br>- User Acceptance Testing (UAT) | $250,000.00 | $250,000.00 |
| **3rd Milestone**<br>- Finalize all system integration both internal and external. Business intelligence tool install, reports defined, data aggregation, transformation and visualization<br>- User Acceptance Testing (UAT) | $250,000.00 | $250,000.00 |

*Does NOT include cost of software licenses that will be required*

| Total | $1,000,000.00 |
|---|---|

Electronically Filed by Superior Court of California, County of Orange, 02/28/2023 09:21:00 AM.
30-2023-01308083-CU-BC-NJC - ROA # 9 - DAVID H. YAMASAKI, Clerk of the Court By E. ellinguser, Deputy Clerk.
Case 8:23-cv-00495-JWH-KES Document 1-2 Filed 03/21/23 Page 52 of 57 Page ID #:52

| Attorney or Party without Attorney: <br> Patrick M. Maloney (SBN 197844) <br> THE MALONEY FIRM, APC <br> 2381 Rosecrans Avenue, Suite 405 <br> El Segundo, CA 90245 <br>   Telephone No: (310) 540-1505 <br><br>   Attorney For: Plaintiff | *For Court Use Only* |
|---|---|

| | *Ref. No. or File No.:* <br> 1700.01 |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF ORANGE

*Plaintiff:* 3 SQUARE DIGITAL LLC, a Florida limited liability company
*Defendant:* ONDERLAW, LLC, a Missouri limited liability company

| PROOF OF SERVICE <br> SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 30-2023-01308083-CU-BC-NJC |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons; Complaint; Civil Case Cover Sheet; Notice of Hearing Case Management Conference

3.   a. *Party served:*   ONDERLAW, LLC, a Missouri limited liability company
    b. *Person served:*   JAMES G. ONDER, Agent for Service of Process

4. *Address where the party was served:*   110 E Lockwood Ave, St Louis, MO 63119

5. *I served the party:*
  b. **by substituted service.**   On: Thu, Feb 23 2023 at: 09:07 AM I left the documents listed in item 2 with or in the presence of:
    Kayla Weston, Receptionist

  (1)  [ X ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
  (2)  [   ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
  (3)  [   ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
  (4)  [ X ]  **(Declaration of Mailing)** is attached.
  (5)  [   ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a.  [   ]  as an individual defendant.
  b.  [   ]  as the person sued under the fictitious name of *(specify):*
  c.  [   ]  as occupant.
  d.  [ X ]  On behalf of *(specify):*  ONDERLAW, LLC, a Missouri limited liability company
    under the following Code of Civil Procedure section:

| | |
|---|---|
| [   ] 416.10 (corporation) | [   ] 415.95 (business organization, form unknown) |
| [   ] 416.20 (defunct corporation) | [   ] 416.60 (minor) |
| [   ] 416.30 (joint stock company/association) | [   ] 416.70 (ward or conservatee) |
| [   ] 416.40 (association or partnership) | [   ] 416.90 (authorized person) |
| [   ] 416.50 (public entity) | [   ] 415.46 (occupant) |
| [ X ] other:  Limited Liability Company | |



| Judicial Council Form POS-010 <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE** <br> **SUMMONS** | *8432181* <br> *(5237407)* <br> **Page 1 of 2** |
|---|---|---|

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Patrick M. Maloney (SBN 197844)<br>THE MALONEY FIRM, APC<br>2381 Rosecrans Avenue, Suite 405<br>El Segundo, CA 90245<br>  Telephone No: (310) 540-1505<br>  Attorney For:  Plaintiff | |

| | Ref. No. or File No.:<br>1700.01 |
|---|---|

| Insert·name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>FOR THE COUNTY OF ORANGE | |
|---|---|

Plaintiff: 3 SQUARE DIGITAL LLC, a Florida limited liability company
Defendant: ONDERLAW, LLC, a Missouri limited liability company

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>30-2023-01308083-CU-BC-NJC |
|---|---|---|---|---|

Recoverable cost Per CCP 1033.5(a)(4)(B)

7.  **Person who served papers**
   a.  Name:       Richard A Raymond
   b.  Address:     **FIRST LEGAL**
                    1517 W. Beverly Blvd.
                    LOS ANGELES, CA 90026
   c.  Telephone number:   (213) 250-1111
   d.  **The fee for service was:**   $291.25
   e.  I am:
      (1)  [X]  not a registered California process server.
      (2)  [ ]  exempt from registration under Business and Professions Code section 22350(b).
      (3)  [ ]  a registered California process server:
          (i)  [ ] owner  [ ] employee  [ ] independent contractor
          (ii)  Registration No:
          (iii)  County:

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

              02/23/2023
                (Date)                          Richard A Raymond



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**SUMMONS**

*8432181*
*(5237407)*
**Page 2 of 2**

| *Attorney or Party without Attorney:*<br>Patrick M. Maloney (SBN 197844)<br>THE MALONEY FIRM, APC<br>2381 Rosecrans Avenue, Suite 405<br>El Segundo, CA 90245<br>   *Telephone No:*   (310) 540-1505 | | *For Court Use Only* |
|---|---|---|
| *Attorney For:*   Plaintiff | *Ref. No. or File No.:*<br>1700.01 | |

*Insert name of Court, and Judicial District and Branch Court:*
SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF ORANGE

*Plaintiff:*   3 SQUARE DIGITAL LLC, a Florida limited liability company
*Defendant:*   ONDERLAW, LLC, a Missouri limited liability company

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>30-2023-01308083-CU-BC-NJC |
|---|---|---|---|---|

1.   *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2.   I served copies of the Summons; Complaint; Civil Case Cover Sheet; Notice of Hearing Case Management Conference

3.   By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
a. Date of Mailing: Thu, Feb 23, 2023
b. Place of Mailing: LOS ANGELES, CA 90026
c. Addressed as follows: ONDERLAW, LLC, a Missouri limited liability company
         110 E Lockwood Ave, St Louis, MO 63119

4.   *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu, Feb 23, 2023 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. *Person Serving:*
a. THOMAS TILCOCK
**b. FIRST LEGAL**
   1517 W. Beverly Boulevard
   LOS ANGELES, CA 90026
c. (213) 250-1111

d. *The Fee for Service was:*   $291.25
e. I am: Not a Registered California Process Server

6.   *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

02/23/2023
(Date)

Thomas Tilcock



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
BY MAIL

8432181
(5237407)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) BY DEFENDANT ONDERLAW, LLC

1   Cynthia L. Garber, Esq. [State Bar No. 208922]
    ONDER LAW, LLC
2   12 Corporate Plaza Dr., Ste 275
    Newport Beach, CA
3   Telephone: (949) 688-1798
    Fax: (949) 209-5884
4   Email: garber@onderlaw.com

5   Attorney for Defendant
    ONDERLAW, LLC.

6

7                    **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8                            **FOR THE COUNTY OF ORANGE**

9

10  3 SQUARE DIGITAL LLC, a Florida         Case No. 30-2023-01308083-CU-BC-NJC
    limited liability company,
11                                          **NOTICE TO STATE COURT AND**
                                            **ADVERSE PARTIES OF REMOVAL OF**
12                  Plaintiff,              **THIS ACTION TO FEDERAL COURT**

13          vs.

14  ONDERLAW, LLC, a Missouri limited
    liability company, and DOES 1 through 10,
15  inclusive,

16                  Defendants.

17

18          **TO THE HONORABLE COURT, THE CLERK OF THE ORANGE COUNTY**

19  **SUPERIOR COURT, PLAINTIFF, AND ALL ATTORNEYS OF RECORD:**

20          **NOTICE IS HEREBY GIVEN** that:

21          1.      On March 27, 2023, Defendants OnderLaw, LLC, filed in the United States

22  District Court for the Central District of California a Notice of Removal of the above-captioned

23  matter. Attached hereto as Exhibit 1 is a true copy of the Notice of Removal filed with the

24  Federal Court.

25          ///

26          ///

27

28
                                            1
    NOTICE TO STATE COURT AND ADVERSE PARTIES OF REMOVAL OF THIS ACTION TO FEDERAL COURT
                        CASE NO. 30-2023-01308083-CU-BC-NJC

2.      Pursuant to 28 U.S.C. § 1446(d), filing the aforementioned paperwork with the United States District Court for the Central District of California, along with filing a copy of this paperwork with the Court, effects the removal of this action and requires that this Court take no further action unless and until this matter is remanded.

Dated:  March 27, 2023

Respectfully submitted,

ONDERLAW, LLC

By:   /s/ Cynthia Garber

Cynthia L. Garber
Attorneys for Defendant
ONDERLAW, LLC

NOTICE TO STATE COURT AND ADVERSE PARTIES OF REMOVAL OF THIS ACTION TO FEDERAL COURT
CASE NO. 30-2023-01308083-CU-BC-NJC